# CRIMINAL COMPLAINT
(Submitted Electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br><br>v.<br><br>**Claudia Jeanette Barraza**<br>DOB: 1992, Unites States Citizen | DOCKET NO.<br><br><br>MAGISTRATE'S CASE NO.<br><br>25-01439MJ |

Complaint for a violation of Title 18, United States Code, § 751(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 9, 2025, at or near Tucson, in the District of Arizona, the defendant, **Claudia Jeanette Barraza**, did knowingly escape from the custody of Dismas Charities, an institutional facility located at 3443 S. Richey Blvd., Tucson Arizona, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona under case CR-22-02076-001-TUC-JCH (EJM) upon conviction for the commission of the offense of Importation of Fentanyl, in violation of Title 21, United States Code, Sections §§ 952(a), 960(a)(1) and 960(b)(1)(F); all in violation of Title 18, United States Code, Section 751(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 4, 2023, **Claudia Jeanette Barraza** was sentenced to the custody of the Attorney General for a term of forty (40) months pursuant to her conviction for the commission of the offense of Importation of Fentanyl, in violation of Title 21, United States Code, Sections §§ 952(a), 960(a)(1) and 960(b)(1)(F) under case CR-22-02076-001-TUC-JCH (EJM). Pursuant to her 40-month commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, **Barraza** was designated to serve a portion of her sentence at Dismas Charities, an institutional facility, located in Tucson, in the District of Arizona.

On January 9, 2025, **Barraza** went to the Central Monitoring Office of the Dismas facility and requested her cell phone from staff. When staff handed her the cell phone, **Barraza** then walked out of the facility and was seen entering a black Dodge Charger that was parked across the street. She left in the vehicle. **Barraza** did not have authority to leave the facility. **Barraza** was placed on escape status by the Bureau of Prisons.

As of January 12, 2025, **Barraza's** whereabouts are currently unknown.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*Jamel McKnight*<br>OFFICIAL TITLE & NAME:<br>Deputy U.S. Marshal Jamel McKnight |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) | **DATE**<br>February 12, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA R. Arellano